FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB - 1 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | 2:10-CR-173-KJD (RJJ) |
| v. | ) ) | |
| BRETT COMBS, | ) ) | |
| Defendant. | ) ) | |

### FINAL ORDER OF FORFEITURE

On June 27, 2011, the United States District Court for the District of Nevada entered an Amended Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the jury verdict finding defendant BRETT COMBS guilty of a criminal offense, forfeiting specific property alleged in the Indictment and shown by the United States to have the requisite nexus to the offense to which defendant BRETT COMBS was found guilty. Docket #1, # 98, #113.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from July 15, 2011, through August 13, 2011, notifying all third parties of their right to petition the Court. #120.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

. . .

1   This Court finds no petitions are pending with regard to the assets named herein and the time

2   for presenting such petitions has expired.

3   THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,

4   title, and interest in the property hereinafter described is condemned, forfeited, and vested in the

5   United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.

6   32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section

7   2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to

8   law:

9   (a)     a Smith and Wesson .40 caliber handgun, serial # PBU6042;

10  (b)     a Ruger Mini14 .223 caliber rifle, serial #188-20712;

11  (c)     a Walther PPK, 9MM, .380 caliber firearm, serial #006011; and

12  (d)     any and all ammunition.

13  The Clerk is hereby directed to send copies of this Order to all counsel of record and

14  three certified copies to the United States Attorney's Office.

15  DATED this ___1___ day of ___Feb___, 2012.

16

17  _____

18  UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26