# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| USA<br><br>               Plaintiff,<br><br>vs.<br><br>BRETT COMBS<br><br>               Defendant. | District No.   2:10-CR-173 KJD RJJ |

### ORDER TEMPORARILY UNSEALING TRANSCRIPT

On February 22, 2012 this court received a transcript order form dated February 22, 2012 requesting Transcripts of hearings held on January 6, 2011, April 8, 2011 and June 22, 2011 from Ms. Saraliene S. Durrett counsel for the Defendant, Brett Combs, in which **portions of the hearings are sealed.**

      **IT IS THE ORDER OF THE COURT** that portions of the sealed recording shall be unsealed by the Clerk for the limited purpose of providing transcripts of hearings as requested by Defendant's Counsel.

      **IT IS FURTHER ORDERED** that the portions of the sealed recording shall thereafter be resealed by the Clerk, until further order of this Court.

      **IT IS FURTHER ORDERED** that Defendant's Counsel shall not disclose the sealed contents of the transcripts to anyone other than the representatives of the parties directly concerned with this case.

DATED this 23rd day of February, 2012.

Kent J. Dawson
United States District Judge