UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRETT COMBS,

    Defendant.

Case No. 2:10-CR-00173-KJD-RJJ

**ORDER**

Before the Court are Defendant Brett Combs' ("Defendant") Motions 1) for Leave to Proceed in forma pauperis (#171); 2) to Discharge Counsel and Obtain File, or in the Alternative, Keep Counsel on Case to Provide Supplemental Brief (#173).

The Court notes that Defendant is *pro se*, meaning that his submissions to the Court are "to be liberally construed, and . . . however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers." Erickson v. Pardus, 551 U.S. 89, 94 (2007) (citations and internal quotation omitted).

I. In Forma Pauperis

As for Defendant's Motion to proceed in forma pauperis (#171), there is no filing fee for bringing a claim under 28 U.S.C. § 2255. See Rule 3, Rules Governing § 2255 Proceedings,

Advisory Comm. Notes (1976). Accordingly, Defendant's Motion for Leave to Proceed in forma pauperis (#171) is **HEREBY DENIED** as moot.

II. Discharge Counsel and Obtain File, or in the Alternative, Keep Counsel

As noted above, Defendant is *pro se*, making moot his petition to either discharge or keep counsel. However, the Court **HEREBY ORDERS** Todd M. Leventhal to provide Defendant's file to him, to the extent Mr. Leventhal has not already done so. Accordingly, Defendant's Motion to Discharge Counsel and Obtain File, or in the Alternative, Keep Counsel on Case to Provide Supplemental Brief (#173) is **GRANTED** in part and **DENIED** in part, congruent with the discussion above.

DATED this 9th day of October 2013.

_____
Kent J. Dawson
United States District Judge